THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-120-D-10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TYKE'EKE MONTE HINES, | ) | |
| Defendant. | ) | |

This matter comes before the undersigned on Defendant's Motion to Seal the Character Letter filed on behalf of Defendant in this case. The Court finds that good cause has been shown to allow the filing of such document under seal.

IT IS THEREFORE ORDERED that the Motion to Seal Character Letter is ALLOWED and the Clerk of Court is directed to permanently seal the Character Letter (DE 407) filed by Defendant in this case.

SO ORDERED.

This, the __6__ day of March, 2018.

JAMES C. DEVER III
Chief United States District Judge